

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| YOLANDA ZAVALA, | § | No. 08-23-00009-CV |
| Appellant, | § | Appeal from the |
| v. | § | 388th Judicial District Court |
| MIGUEL ZAVALA MEJIA, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2018DCV4780) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 14TH DAY OF MARCH, 2023.

LISA J. SOTO, Justice

Before Rodriguez, C.J., Palafox, and Soto, J.J.